1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWAYNE SMITH, | ) | Case No. CV 02-0051-JVS (JWJ) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C.K. PLILER, Warden, | ) | |
|     Respondent. | ) | |

    Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered denying the Fourth Amended Petition and dismissing the action with prejudice.

DATED: October 24, 2008

_____
JAMES V. SELNA
United States District Judge